# TACC, INC.

18610 Starcreek Drive - Cornelius, NC 28031
(800) 338-1002 - Fax (704) 5-3939

**INVOICE**

01017064419/349
HO
(workers comp)

**SOLD TO:**
QUALITY INN WILLIAMSPORT
MANNY PATEL
234 ROUTE 15
WILLIAMSPORT, PA 17702

**DATE:** 10/9/02

**SHIP TO:**
QUALITY INN WILLIAMSPORT
MANNY PATEL 570-323-9801
234 ROUTE 15
WILLIAMSPORT, PA 17702

**ATTENTION:**

Please pay by: 10/19/02

| Customer ID No. | Purchase Order No. | Payment Terms | Sales Rep ID | Catalog Page |
|---|---|---|---|---|
| QUAL145 | MANNY | Net 10 Days | JD001 -SR | 43727 |

| Quantity | Item No. | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | LI-TFR400MTATBISL | TFR 400MTATBISLPI: 400 Watt MH Flood w/SlipFitter & Lamp | 198.00 | 1,584.0 |
| 4.00 | LI-BS28DDB | LI-BS28DDB - Bullhorn | 82.00 | 328.0 |
| 4.00 | LI-SSS254GT20DDB | LI-SSS254GT20DDB - 25" Square Pole, DDB | 365.00 | 1,460.0 |
| 2.00 | INC-76523-175M | Flood Light, Black, Knuckle Mount, 175 watt Metal Halide | 116.00 | 232.0 |

| | |
|---|---|
| SUBTOTAL | 3,604.0 |
| SALES TAX | |
| FREIGHT | 18.78 |
| TOTAL INVOICE | $3,622. |

*Thank You*

TACC, INC. RESERVES THE RIGHT OF PROPERTY ON ALL PRODUCT SHIPPED AND INVOICED TO THE CUSTOMER UNTIL RECEIPT OF FULL PAYMENT OF THE SALE PRICE INCLUDING THE INTEREST, FREIGHT... EMAND, IN WRITING BY TACC, INC., THE CUSTOMER IRREVOCABLY PROMISES TO RETURN TO TACC, INC... AND RELINQUISH POSSESSION OF SAID PRODUCT. BY PLACING AN ORDER WITH TACC, INC. AND ACCE... OM TACC, INC., THE CUSTOMER AGREES TO THESE CONDITIONS OF SALE NOTWITHSTANDING THE ABS... TURE, AND FURTHER, THE CUSTOMER AGREES THAT WHEN THE GOODS LEAVE TACC, INC. OR ANY A... OF LOSS AND OBLIGATION TO INSURE IS BORNE BY THE CUSTOMER.

EXHIBIT #3