# ORIGINAL INVOICE

## LITHONIA LIGHTING

Box A Conyers, Ga. 30013-9912 Phone 770-922-9000 Fax 770-388-0229
Telex 261381 LITHO UR • A unit of National Service Industries, Inc.

| Invoice Date | Seller Reference Number | Invoice Number |
|---|---|---|
| 10-10-2002 | 109931 | 120-16815X-0 |
| **Selling Agent** | **Entry Date** | **P.O. Number** | **Page Number** |
| S L Bagby Co - 120 | 10-09-2002 | 35499 | 1 of 1 |

**Invoice to:** (2)
Tacc Inc
18610 Starcreek Dr
Cornelius, NC 28031 USA

**Sold to:**
Tacc Inc
18610 Starcreek Dr
Cornelius, NC 28031 USA

**Remit to:**
Lithonia Lighting
A Division of National Service Industries, Inc.
P. O. Box 100863
Atlanta, GA 30384
Sold by: National Service Industries, Inc.

**Shipped To:**
Quality Inn Williamsport
234 Route 15
Williamsport, PA 17702 USA

**Special Markings/Instructions:**
Call 570-323-9801 24 HRS B4 DEL Contact: MANNY PATEL

| Shipping Point | VIA | Pro Number | Bill of Lading No. | Date Shipped | Freight Ter |
|---|---|---|---|---|---|
| 01 - Conyers Distribution Center | CRST303052 | | 16815X | 10-09-2002 | |

| Order Line | Catalog Number and Description | Mark as | UPC | CICODE | Quantity Ordered | Quantity B.O. | Quantity Shipped | No. Cart. | Unit Price (1) | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | TFR 400M TA TB IS LPI | | 784231120637 | 554327 | 8 | | 8 | | 158.64 | 12 |
| 14 | BS28 DDB | | 784231041291 | 805622 | 4 | | 4 | | 63.80 | 2 |
| | SSS 25 4G T20 DDB CONSISTING OF: | | | | 4 | | | | 289.40 | 11 |
| 16 | SSS 25 4G T20 DDB SHAFT | | 784231041628 | 809036 | | | 4 | | | |
| 18 | ABSSS-4G | | 784231041215 | 800978 | | | 4 | | | |
| 20 | SBC4 DDB J4 | | 784231108260 | 807671 | | | 4 | | | |

EXHIBIT #4

OCT 1 7 2002

| 5 | <-- Line Total | | | | | Quantity Total --> | 24 | | Sub Total--> | 268 |

Remittances are received by our banks who serve as clearing agents. They have no authority to determine whether or not the amount remitted constitutes payment in full. Remittances indicating payment in full will be deposited by the bank notwithstanding such markings and their action shall not confirm our acceptance of remittance as payment in full unless it actually constitutes payment of all sums owed.

| | | Total Cart. | 21 | TAXES | |
|---|---|---|---|---|---|
| End Use | Quote Number | Total Wt. | 1453 | FREIGHT CHARGES | |
| 024 - JOB | | | | | |
| Terms | | Last Page | | | 2681. |
| 1 Pct 10Th 11-2002 | | | | | |
| Net 25Th 11-2002 | | | Cash Discount | | 26.82 Paid By: 11-10 |

(1) Unit price are valid for this invoice only. Line prices shown for consisting of lines, and for lump sum orders, are for the purpose of billing partial shipments only that are not intended for the purpose of reorder.
(2) Terms and conditions on file with customer.